**BAKER BOTTS** L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN   LONDON
BEIJING   MOSCOW
BRUSSELS   NEW YORK
DALLAS   PALO ALTO
DUBAI   RIO DE JANEIRO
HONG KONG   RIYADH
**HOUSTON**   WASHINGTON

FILED
15-0005
2/24/2015 4:27:18 PM
tex-4267818
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

February 24, 2015

**BY E-FILING**

Macey Reasoner Stokes
TEL +1 713.229.1369
FAX +1 713.229.7869
macey.stokes@bakerbotts.com

Hon. Blake A. Hawthorne, Clerk
Supreme Court of Texas
Supreme Court Building
201 W. 14th Street, Room 104
Austin, Texas 78701

      Re:    No. 15-0005, *Oncor Electric Delivery Company LLC et al. v. Public Utility Commission of Texas et al.,* in the Supreme Court of Texas

Dear Mr. Hawthorne:

      Pursuant to Texas Rule of Appellate Procedure 53.3, CenterPoint Energy Houston Electric, LLC will not file a response to the three petitions for review filed on February 19, 2015 by Petitioners Oncor Electric Delivery Company, LLC, The State of Texas' Agencies and Institutions of Higher Education, and Steering Committee of Cities Served by Oncor, respectively, unless requested to do so by the Court.

      Thank you for your assistance in this matter. Please do not hesitate to contact me if you have any questions.

      Very truly yours,

Macey Reasoner Stokes

Active 17981213.1

**BAKER BOTTS** LLP

cc:     (*all cc's by electronic mail*)

Howard Fisher
Oncor Electric Delivery Company LLC
1616 Woodall Rodgers Frwy, Suite 6065
Dallas, Texas 75202-1234
howard.fisher@oncor.com

Travis R. Wimberly
Jonah D. Jackson
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
twimberly@velaw.com

Thomas S. Leatherbury
Matthew C. Henry
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
tleatherbury@velaw.com
mhenry@velaw.com

ATTORNEYS FOR ONCOR ELECTRIC DELIVERY COMPANY LLC

Elizabeth R. B. Sterling
Office of the Attorney General
Environmental Protection Division
300 W. 15th Street
Austin, Texas 78701
Elizabeth.sterling@texasattorneygeneral.gov

ATTORNEY FOR PUBLIC UTILITY COMMISSION

cc: Alfred R. Herrera
Jim Boyle
Felipe Alonso
Herrera & Boyle PPLC
816 Congress Ave., Suite 1250
Austin, Texas 78701
aherrera@herreraboylelaw.com
jboyle@herreraboylelaw.com
falonso@herreraboylelaw.com

ATTORNEYS FOR ALLIANCE OF TXU/ONCOR CUSTOMERS


Jim Rourke
Office of Public Utility Counsel
1701 N. Congress Ave
Suite 9-180
Austin, Texas 78701
jim.rourke@opuc.texas.gov


Tonya Baer
Christiaan Siano
Office of Public Utility Counsel
1701 N. Congress Ave
Suite 9-180
P.O. Box 12397
Austin, Texas 78711-2397
tonya.baer@opuc.texas.gov
christiaan.siano@opuc.texas.gov

ATTORNEYS FOR OFFICE OF PUBLIC UTILITY COUNSEL

cc:    Thomas L. Brocato
       Georgia N. Crump
       Melissa A. Long
       Lloyd Gosselink Rochelle &
       Townsend PC
       P. O. Box 1725
       Austin, Texas 78767
       tbrocato@lglawfirm.com
       gcrump@lglawfirm.com
       mlong@lglawfirm.com

       ATTORNEYS FOR STEERING COMMITTEE OF CITIES SERVED BY ONCOR


       Katherine H. Farrell
       Assistant Attorney General
       Office of the Attorney General of Texas
       Energy Rates Section
       Administrative Law Division
       P.O. Box 12548
       Austin, Texas 78711-2548
       katherine.farrell@texasattorneygeneral.gov

       ATTORNEYS FOR THE STATE OF TEXAS' AGENCIES AND INSTITUTIONS OF
       HIGHER EDUCATION


       Mark C. Davis
       John T. Wright
       Holland & Knight
       1005 Congress Ave., Suite 950
       Austin, Texas 78701
       mark.davis@hklaw.com
       john.t.wright@hklaw.com

       ATTORNEYS FOR TEX-LA ELECTRIC COOPERATIVE OF TEXAS INC.

Active 17981213.1

cc:     Campbell McGinnis
        Shawn P. St. Clair
        McGinnis Lochridge & Kilgore
        600 Congress Ave., Suite 2100
        Austin, Texas 78701
        cmcginnis@mcginnislaw.com
        sstclair@mcginnislaw.com

        ATTORNEYS FOR RAYBURN COUNTRY ELECTRIC COOPERATIVE, INC.


        Phillip Oldham
        Benjamin Hallmark
        Thompson & Knight LLP
        98 San Jacinto Blvd., Suite 1900
        Austin, Texas 78701
        phillip.oldham@tklaw.com
        benjamin.hallmark@tklaw.com

        ATTORNEYS FOR TEXAS INDUSTRIAL ENERGY CONSUMERS


        Jason M. Ryan
        Vice President and Associate General Counsel, Regulatory
        CenterPoint Energy Service Company LLC
        1111 Louisiana Street, Suite 4657
        Houston, Texas 77002